## Commonwealth *v.* Harbaugh, Appellant.

Argued November 14, 1966. *Richard W. Mutzabaugh,* with him *Mutzabaugh & Mutzabaugh,* for appellant; *William F. Potter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Hartman, Appellant.

Argued November 14, 1966. *Raymond R. Smith,* for appellant; *Harry C. Stonesifer,* Assistant District Attorney, with him *John F. Rauhauser, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.